■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK HALL, Appellant. [714 NYS2d 76] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered December 17, 1998, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility

determinations, which are supported by the record. The radio transmissions from the undercover purchaser and "ghost" officer provided a sufficiently specific description, particularly since defendant was arrested at the specified location shortly after the drug sale and was the only person present matching the description (*see, People v Rampersant*, 272 AD2d 202). Moreover, as the apprehending officer approached, the ghost officer pointed defendant out as the seller (*see, People v McGriff*, 232 AD2d 326, *lv denied* 89 NY2d 926). Accordingly, defendant was arrested upon probable cause. We have considered and rejected defendant's remaining claims. Concur—Sullivan, P. J., Nardelli, Rubin, Saxe and Friedman, JJ.